UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA CLEMENS,<br><br>                          Plaintiff,<br><br>   -vs-<br><br>AVIS RENT A CAR SYSTEM, LLC,<br><br>                          Defendant. | NO.   CV-11-0043-WFN<br><br>ORDER DISMISSING CLAIMS<br>WITH PREJUDICE |

On November 22, 2011, the parties filed a Stipulation and Request for Dismissal with Prejudice (ECF No. 33). The Court entered an Order on November 29, 2011 vacating the trial date and terminating all filing deadlines. No action has been taken by either party since the entry of the Court's Order.

The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

2. Each party shall bear their own attorneys' fees and costs.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THIS FILE**.

**DATED** this 22nd day of February, 2012.

02-22-12

　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS
WITH PREJUDICE